May 04, 2007

Mr. Jeremy Jason Gaston
Mayer, Brown, Rowe & Maw LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730

Ms. Claudia Wilson Frost
Mayer, Brown, Rowe & Maw LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
Mr. Thomas H. Cook Jr.
Zelle Hofmann Voelbel Mason & Gette, LLP
1201 Main Street, Suite 3000
Dallas, TX 75202-3975

Mr. Michael A. Choyke
Wright Brown & Close, LLP
Three Riverway, Suite 600
Houston, TX 77056

RE: Case Number: 04-0121
 Court of Appeals Number: 14-02-00874-CV
 Trial Court Number: 2000-37203

Style: EQUISTAR CHEMICALS, LP
 v.
 DRESSER-RAND COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice O'Neill and Justice
Brister not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |
| |Mr. Ben Taylor |